October 18, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN DOUGLAS WILSON, Appellant

NO. 14-10-00943-CV                          V.

DELORES PATTERSON, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, DELORES PATTERSON, signed June 21, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant JOHN DOUGLAS WILSON to pay all costs incurred in this appeal. We further order this decision certified below for observance.